**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TARA CARRION,**

                Plaintiff**,**

**vs.**                                      **CASE NO.** 8:12-CV-1105-VMC-EAJ

**ARS NATIONAL SERVICES, INC.**
d/b/a ASSOCIATED RECOVERY
SYSTEMS (a foreign profit corporation),
                          Defendant.
_____/

**NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, TARA CARRION ("Plaintiff"), by and through their undersigned counsel, and hereby notify the Court that a compromise settlement has been reached between the Plaintiff, TARA CARRION, and Defendant, ARS NATIONAL SERVICES, INC. d/b/a ASSOCIATED RECOVERY  SYSTEMS (a foreign profit corporation), and that they anticipate the filing of a Joint Dismissal With Prejudice of all claims against ARS NATIONAL SERVICES, INC. d/b/a ASSOCIATED RECOVERY  SYSTEMS (a foreign profit corporation), in the above-captioned suit.

Respectfully submitted this 12th day of July, 2012.

/s/ James. S. Giardina
JAMES S. GIARDINA
Fla. Bar. No. 0942421
THE CONSUMER RIGHTS LAW GROUP, PLLC
3104 W Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
*James@ConsumerRightsLawGroup.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed in this matter and provided to all parties via the CM/ECF system on this, the 12th day of July 2012.

/s/ James. S. Giardina
JAMES S. GIARDINA
Fla. Bar. No. 0942421
THE CONSUMER RIGHTS LAW GROUP, PLLC
3104 W Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
*James@ConsumerRightsLawGroup.com*